IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V.                           § | CIVIL NO. 5:19cr25 |
| § | |
| VINCENT MARCHETTI, JR. (3) § | |
| STEVEN DONOFRIO (5)       § | |
| RAY W. NG (11)                § | |

___

MINUTES FOR STATUS CONFERENCE
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JANUARY 24, 2022

OPEN:  3:02 p.m.                                                          ADJOURN: 3:24 p.m.

___

ATTORNEYS FOR PLAINTIFF:     Nathaniel Kummerfeld and Adrian Garcia

ATTORNEYS FOR DEFENDANT:  Andrew Feldman

LAW CLERK:                              Khanh Leon

COURTROOM DEPUTY:            Betty Schroeder

___

(via telephone)

3:02 p.m.      Parties announce attendance; Court instructs the parties a three week time limit will be imposed for this trial; parties are to meet and confer and provide the Court with two dates for trial during 2022; if parties can't agree on dates, the Court will select a date; Court will grant Mr. Feldman's request to interview the jurors - no taping or recording will be allowed

3:24 p.m.      Recess