# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | No. 5:19-CR-00025-RWS-CMC |
| | § | |
| STEVEN DONOFRIO (05). | § | |

## ORDER

Before the Court is Defendant Steven Donofrio's Unopposed Motion to Extension of Time to File Reply to Government's Response to Mr. Donofrio's Motion for Judgment of Acquittal. Docket No. 644. Defendant requests a two-day extension for the deadline to file a reply. Having considered the motion, and because it is unopposed, the Court believes that it should be **GRANTED**. It is

**ORDERED** that the time within which to file a reply is extended to Tuesday, February 15, 2022.

So ORDERED and SIGNED this 11th day of February, 2022.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE