IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 5:19-CR-00025-RWS-CMC |
| STEVEN DONOFRIO (05) | § § | |

## ORDER

Following a nearly six-week trial in the above-captioned case, the Court granted a mistrial as to Defendant Steven Donofrio.  The Court conducted a status conference on January 24, 2022 regarding a retrial date.  Docket No. 635.  Based on counsel's representations, it is

**ORDERED** that this matter is **SET** for jury selection and retrial **at 9 a.m.** on **November 30, 2022** in **Texarkana, Texas**.  As discussed at the status conference, the parties will be given ample time to present their cases, not to exceed three weeks.

The Court is concerned with the significant delay resulting from setting the retrial a full year after the case was first tried and is likewise concerned about the delay occurring in related sentencing proceedings.  *See* Docket Nos. 623, 640.  While the Court recognizes that counsel for the parties have demanding trial schedules, in light of the concerns stated above, the Court may accelerate the retrial schedule should it become possible.  The parties are accordingly

**ORDERED** to file a Joint Status Report **every 30 days** reflecting any changes to trial counsel's schedules.  The Court intends to respect all current scheduling conflicts but not conflicts developing after the date of this order.

**So ORDERED and SIGNED this 11th day of February, 2022.**

                                                                             *Robert W Schroeder III*
                                                                             ROBERT W. SCHROEDER III
                                                                             UNITED STATES DISTRICT JUDGE