IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| v. § | CASE NO. 19-cr-00025-RWS |
| § | |
| STEVEN DONOFRIO § | |
| _____/ | |

**JOINT STATUS REPORT**

STEVEN DONOFRIO respectfully files this Joint Status Report pursuant to the Court's Order (Dkt. No. 647). Counsel for Mr. Donofrio have conferred with the Government. The trial schedules for counsels for Mr. Donofrio remain the same. Likewise, the government indicated no changes in their trial schedules and stated they will be ready for trial on the date set by the court.

Respectfully submitted,

*/s/ Andrew S. Feldman*
Andrew S. Feldman (pro hac vice)
afeldman@feldmanpllc.com
FELDMAN FIRM PLLC
150 Southeast 2nd Avenue, Suite 600
Miami, Florida 33131
Telephone (305) 714-9474

/s/ *Jeff Harrelson*
Jeff Harrelson
Texas Bar No. 00798241
jeff@harrelsonfirm.com
HARRELSON LAW FIRM
210 North State Line Avenue
Suite 503 (71854)
Post Office Box 40 (75504)
Texarkana, Texas 75504
Telephone (870)772-0300

**ATTORNEYS FOR DEFENDANT
STEVEN DONOFRIO**

## **CERTIFICATE OF SERVICE**

      I hereby certify on this date that the foregoing has been served on counsel of record by Notice of Electronic filing via CM/ECF.

                                    */s/ Andrew S. Feldman*      _____